IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RICHARD EARL WARD, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No.   7:10-cv-1070-LSC-TMP |
| ) | |
| L.C. GILES, Warden; ) | |
| ATTORNEY GENERAL ) | |
| OF THE STATE OF ALABAMA, ) | |
| ) | |
| Respondent. ) | |

O R D E R

On January 12, 2011, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed without prejudice. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DISMISSED WITH PREJUDICE. The petitioner retains the right to later file another petition after his claim has been properly exhausted in the state court system.

Done this 31st day of January 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671